**SO ORDERED.**

**SIGNED this 6th day of August, 2015.**



*Catharine R Aron*
_____
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| IN RE:<br><br>**VIILCOM INTERACTIVE MEDIA, LLC**<br><br>DEBTOR. | **CASE NO. 14 - 81181**<br><br>**CHAPTER 11** |
|---|---|
| **Third Interim Order Authorizing Post-Petition Financing**<br>**For VilCom Interactive Media, LLC** ||

This matter came before the Count on August 5, 2015 to further consider the "Motion By VilCom Interactive Media, LLC To Authorize Post-Petition Financing" (Dkt. No. 419) as modified by the "Amendment to Motion By VilCom Interactive Media, LLC To Authorize Post-Petition Financing" (Dkt. No. 122, and as amended, the "Financing Motion") filed pursuant to § 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure.

After considering the matters set forth in the Financing Motion, the evidence presented, the record in this case, and the comments of parties wishing to be heard, the Court makes the following findings, conclusions and Orders:

1. The Court entered the First Interim Order Authorizing Post-Petition Financing For VilCom Interactive Media, LLC (Dkt. No. 114) and the Second Interim Order Authorizing Post-Petition Financing For VilCom Interactive Media, LLC (Dkt. No. 126, and collectively the "Prior Financing Orders"), the findings, conclusions and terms of which are incorporated by reference.

2. VIM also filed a Motion To (A) Approve Sale Of Substantially All Assets of VilCom Interactive Media, LLC, (B) Transfer Any And All Claims, Liens, Encumbrances And Interests To Proceeds of Sale, And (C) Authorize Assumption And Assignment Of Certain Executory Leases and Contracts To VIM Acquisition, LLC (Dkt. No. 110, the "Sale Motion"). The Sale Motion is presently scheduled for hearing on August 11, 2015.

Based on the foregoing findings, the Court concludes that an order granting further interim relief followed by a hearing at a future date (which may be a final hearing) would not prejudice the rights of creditors in this proceeding, and the use of such funds is necessary to continue operations without interruption and preserve the value of the estate for creditors.

NOW, THEREFORE, it is hereby ORDERED as follows:

1. The Motion is granted on an interim basis, for the period through and including August 11, 2015 (the "Interim Period").

2. During the Interim Period, the Lender is authorized to provide Post-Petition Financing to VIM in an aggregate amount up to but not exceeding $35,000, as set forth in the prior Financing Orders and in accordance with the Budget attached hereto as <u>Exhibit A</u> and incorporated by reference.

3. A further hearing (which may be a final hearing) on the Cash Collateral Motion will be held at 9:30 o'clock a.m. on August 11, 2015, in the U.S. Bankruptcy Courtroom, 101 S. Edgeworth St., Greensboro, NC, at which time the Court will further consider the Cash Collateral Motion.

[End of Document]

Cash Budget and Expense 2015-08-04.xlsx

EXHIBIT A

## VILCOM INTERACTIVE MEDIA, LLC (WCHL)
### CASH PROJECTIONS

| Account Number | Account Description | JULY Projection | Actual | Variance | Week of: 8/7/2015 Projection | Week of: 8/14/2015 Projection | Week of: 8/21/2015 Projection | Week of: 8/28/2015 Projection | Week of: 8/31/2015 Projection | AUGUST Projection |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cash Receipts | 57,152 | 53,872 | (3,280) | 13,040 | 13,040 | 13,040 | 13,042 | 2,608 | 54,770 |
| | Net Collections | 57,152 | 53,872 | (3,280) | 13,040 | 13,040 | 13,040 | 13,042 | 2,608 | 54,770 |
| 5190 | Local Deal Commission | - | - | - | - | - | - | - | - | - |
| | Cost of Goods Sold | - | - | - | - | - | - | - | - | - |
| | Gross Profit | 57,152 | 53,872 | (3,280) | 13,040 | 13,040 | 13,040 | 13,042 | 2,608 | 54,770 |
| 6000 | FT/PT Payroll & Taxes | 35,000 | 27,011 | 7,989 | 14,000 | - | 15,000 | - | - | 29,000 |
| 6001 | Manager Compensation | - | 6,923 | (6,923) | 6,250 | 6,250 | - | - | - | 12,500 |
| 6030 | Contract Labor-Draw & Commissions | 2,050 | 2,015 | 35 | 1,050 | 1,000 | - | - | - | 2,050 |
| 6050 | Sales Commissions | 4,500 | 8,982 | (4,482) | - | 5,000 | - | - | - | 5,000 |
| 6060 | Bonuses & Profit Sharing | - | - | - | - | - | - | - | - | - |
| 6100 | 401(K) Retirement | - | - | - | - | - | - | - | - | - |
| 6110 | Group Health Insurance | 7,300 | 6,629 | 671 | 4,900 | - | - | - | - | 4,900 |
| 6111 | Deductable Reimbursement | 500 | - | 500 | - | 500 | - | - | - | 500 |
| 6120 | Life & Other Insurance | 1,960 | 4,038 | (2,078) | 2,542 | 500 | - | - | - | 3,042 |
| 6140 | Other Employee Benefits | 100 | 68 | 32 | - | 50 | - | 50 | - | 100 |
| | Total Compensation | 51,410 | 55,667 | (4,258) | 28,742 | 13,300 | 15,000 | 50 | - | 57,092 |
| 7000 | Outside Services | 4,757 | 3,463 | 1,293 | 2,028 | 1,529 | 150 | 250 | - | 3,957 |
| 7020 | Utilities | 2,714 | 2,766 | (52) | - | 2,571 | - | - | - | 2,571 |
| 7021 | Utility Deposit | - | - | - | - | - | - | - | - | - |
| 7080 | Telecom - Mobile | 100 | 155 | (55) | 50 | - | - | - | - | 50 |
| 7100 | Professional Fees (tax returns) | - | - | - | - | - | - | - | - | - |
| 7200 | Lease-Real Property | 7,130 | 7,183 | (53) | 7,183 | - | - | - | - | 7,183 |
| 7220 | Equipment Leases | 500 | 741 | (241) | - | 500 | - | - | - | 500 |
| 7260 | Repairs & Maintenance | - | - | - | - | - | - | - | - | - |
| 7280 | Meetings & Training | - | - | - | - | - | - | - | - | - |
| 7290 | Sales Aids & Materials | - | - | - | - | - | - | - | - | - |
| 7291 | Sales Promotions | 2,040 | 843 | 1,197 | 40 | 2,000 | - | - | - | 2,040 |
| 7300 | Postage & Overnight | 150 | 23 | 127 | 100 | 50 | - | - | - | 150 |
| 7340 | Office Supplies | 400 | 1,523 | (1,123) | - | 200 | - | 200 | - | 400 |
| 7360 | Property Insurance | 1,650 | 1,638 | 12 | 2,101 | 2,673 | - | - | - | 4,774 |
| 7380 | Officer's Life Insurance | 1,247 | 1,247 | - | - | - | - | 1,247 | - | 1,247 |
| 7420 | Misc Taxes & Licenses | - | - | - | - | - | - | - | - | - |
| 7450 | Travel/Employee Exp. Reimbursement | - | - | - | - | - | - | - | - | - |
| 7640 | Dues and Subscriptions | 301 | 217 | 84 | - | 307 | - | - | - | 307 |

Cash Budget and Expense 2015-08-04.xlsx

| VILCOM INTERACTIVE MEDIA, LLC (WCHL) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH PROJECTIONS | | | | | | | | | | | | |
| | | | | | | Week of: | Week of: | Week of: | Week of: | Week of: | | |
| | | | JULY | | | 8/7/2015 | 8/14/2015 | 8/21/2015 | 8/28/2015 | 8/31/2015 | | AUGUST |
| Account Number | Account Description | | Projection | Actual | Variance | Projection | Projection | Projection | Projection | Projection | | Projection |
| 7681 | Bank Fees | | 500 | 501 | (1) | 400 | - | - | 140 | - | | 540 |
| 7800 | Accounting Charges | | 2,500 | 1,204 | 1,296 | 2,500 | - | - | - | - | | 2,500 |
| | | | | | | | | | | | | |
| | Total Operating Expenses | | 23,988 | 21,504 | 2,484 | 14,402 | 9,830 | 150 | 1,837 | - | | 26,218 |
| | | | | | | | | | | | | |
| | Total Comp + Operating Expense | | 75,398 | 77,172 | (1,774) | 43,143 | 23,130 | 15,150 | 1,887 | - | | 83,310 |
| | | | | | | | | | | | | |
| | Operating Cash Flow | | (18,246) | (23,299) | (5,054) | (30,103) | (10,090) | (2,110) | 11,155 | 2,608 | | (28,540) |
| | | | | | | | | | | | | |
| | DIP FINANCING | | - | 25,000 | (25,000) | 7,500 | 10,500 | 1,750 | | | | 19,750 |
| | | | | | | | | | | | | |
| 8900 | Bankruptcy Fees | | 1,950 | 1,950 | - | - | - | - | - | - | | - |
| 8950 | Bankruptcy Prof. Fees | | - | 1,125 | (1,125) | - | - | - | - | - | | - |
| | | | | | | | | | | | | |
| 1600 | Fixed Asset | | 1,000 | - | 1,000 | - | 1,000 | - | - | - | | 1,000 |
| | | | | | | | | | | | | |
| | Total Other (Income)/Expense | | 2,950 | (21,925) | 24,875 | (7,500) | (9,500) | (1,750) | - | - | | (18,750) |
| | | | | | | | | | | | | |
| | Net Cash Flow | | (21,196) | (1,374) | 19,821 | (22,603) | (590) | (360) | 11,155 | 2,608 | | (9,790) |
| | | | | | | | | | | | | |
| | BEGINNING BOOK CASH BALANCE | | 25,015 | 25,015 | | 23,640 | 1,037 | 447 | 87 | 11,242 | | 23,640 |
| | Cash Reciepts | | 57,152 | 78,872 | | 20,540 | 23,540 | 14,790 | 13,042 | 2,608 | | 74,520 |
| | Cash Expenditures | | 78,348 | 80,247 | | 43,143 | 24,130 | 15,150 | 1,887 | - | | 84,310 |
| | END BOOK CASH BALANCE | | 3,819 | 23,640 | | 1,037 | 447 | 87 | 11,242 | 13,850 | | 13,850 |
| | | | | | | | | | | | | |
| | Beg. Gross AR Balance | | 126,590 | | | | | | | | | 129,438 |
| | Allow. For Bad Debt | | (34,998) | | | | | | | | | (35,898) |
| | Beg. Net AR | | 91,591 | | | | | | | | | 93,539 |
| | | | | | | | | | | | | |
| | + Sales | | 60,000 | | | | | | | | | 58,000 |
| | - Applied Receipts | | (57,152) | | | | | | | | | (54,770) |
| | - Adjustment | | - | | | | | | | | | - |
| | - Bad Debt Exp. (Write off) | | (900) | | | | | | | | | (870) |
| | End Allow Bad Debt | | (35,898) | | | | | | | | | (36,768) |
| | End Gross Gross AR Bal. | | 129,438 | | | | | | | | | 132,668 |
| | End Net AR | | 93,539 | | | | | | | | | 95,899 |
| | | | | | | | | | | | | |
| | DIP FINANCING BALANCE | | 32,735 | 57,735 | | | | | | | | 77,485 |

Cash Budget and Expense 2015-08-04.xlsx

## VILCOM INTERACTIVE MEDIA, LLC (WCHL)
### CASH PROJECTIONS

| Account Number | Account Description | Week of: 9/4/2015 Projection | Week of: 9/11/2015 Projection | Week of: 9/18/2015 Projection | Week of: 9/25/2015 Projection | Week of: 9/30/2015 Projection | SEPTEMBER Projection | Week of: 10/4/2015 Projection | Week of: 10/11/2015 Projection | Week of: 10/18/2015 Projection |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cash Receipts | 10,771 | 10,771 | 13,464 | 13,464 | 8,079 | 56,549 | 5,716 | 14,293 | 14,293 |
| | Net Collections | 10,771 | 10,771 | 13,464 | 13,464 | 8,079 | 56,549 | 5,716 | 14,293 | 14,293 |
| 5190 | Local Deal Commission | - | - | - | - | - | - | - | - | - |
| | Cost of Goods Sold | - | - | - | - | - | - | - | - | - |
| | Gross Profit | 10,771 | 10,771 | 13,464 | 13,464 | 8,079 | 56,549 | 5,716 | 14,293 | 14,293 |
| 6000 | FT/PT Payroll & Taxes | 15,000 | - | 15,000 | - | - | 30,000 | 15,000 | - | 15,000 |
| 6001 | Manager Compensation | 6,250 | 6,250 | - | - | - | 12,500 | 6,250 | 6,250 | - |
| 6030 | Contract Labor-Draw & Commissions | 1,050 | 1,000 | - | - | - | 2,050 | - | 2,050 | - |
| 6050 | Sales Commissions | - | 4,000 | - | - | - | 4,000 | - | 4,000 | - |
| 6060 | Bonuses & Profit Sharing | - | - | - | - | - | - | - | - | - |
| 6100 | 401(K) Retirement | - | - | - | - | - | - | - | - | - |
| 6110 | Group Health Insurance | 4,900 | - | - | - | - | 4,900 | 4,900 | - | - |
| 6111 | Deductable Reimbursement | - | 500 | - | - | - | 500 | - | 500 | - |
| 6120 | Life & Other Insurance | 1,532 | 500 | - | - | - | 2,032 | 1,532 | - | - |
| 6140 | Other Employee Benefits | - | 50 | - | 50 | - | 100 | - | 50 | - |
| | Total Compensation | 28,732 | 12,300 | 15,000 | 50 | - | 56,082 | 27,682 | 12,850 | 15,000 |
| 7000 | Outside Services | 2,287 | 1,294 | - | 400 | - | 3,981 | 2,287 | 710 | 150 |
| 7020 | Utilities | - | 2,571 | - | - | - | 2,571 | - | 2,571 | - |
| 7021 | Utility Deposit | - | - | - | - | - | - | - | - | - |
| 7080 | Telecom - Mobile | 50 | - | - | - | - | 50 | 50 | - | - |
| 7100 | Professional Fees (tax returns) | - | - | - | - | - | - | - | - | 4,500 |
| 7200 | Lease-Real Property | 7,183 | - | - | - | - | 7,183 | 7,183 | - | - |
| 7220 | Equipment Leases | - | 500 | - | - | - | 500 | - | 500 | - |
| 7260 | Repairs & Maintenance | - | - | - | - | - | - | - | - | - |
| 7280 | Meetings & Training | - | - | - | - | - | - | - | - | - |
| 7290 | Sales Aids & Materials | - | - | - | - | - | - | - | - | - |
| 7291 | Sales Promotions | 40 | 2,000 | - | - | - | 2,040 | 40 | 2,000 | 8,000 |
| 7300 | Postage & Overnight | 100 | 50 | - | - | - | 150 | 100 | 50 | - |
| 7340 | Office Supplies | - | 200 | - | 200 | - | 400 | - | 200 | - |
| 7360 | Property Insurance | - | 1,392 | - | - | - | 1,392 | - | 1,389 | - |
| 7380 | Officer's Life Insurance | - | - | - | 1,247 | - | 1,247 | - | - | - |
| 7420 | Misc Taxes & Licenses | - | - | - | - | - | - | - | - | - |
| 7450 | Travel/Employee Exp. Reimbursement | - | - | - | - | - | - | - | - | - |
| 7640 | Dues and Subscriptions | - | 425 | - | - | - | 425 | - | 307 | - |

Cash Budget and Expense 2015-08-04.xlsx

## VILCOM INTERACTIVE MEDIA, LLC (WCHL)
### CASH PROJECTIONS

| Account Number | Account Description | Week of: 9/4/2015 Projection | Week of: 9/11/2015 Projection | Week of: 9/18/2015 Projection | Week of: 9/25/2015 Projection | Week of: 9/30/2015 Projection | SEPTEMBER Projection | Week of: 10/4/2015 Projection | Week of: 10/11/2015 Projection | Week of: 10/18/2015 Projection |
|---|---|---|---|---|---|---|---|---|---|---|
| 7681 | Bank Fees | 400 | - | - | 140 | - | 540 | 400 | - | - |
| 7800 | Accounting Charges | 2,500 | - | - | - | - | 2,500 | 1,250 | - | 1,250 |
|  | Total Operating Expenses | 12,560 | 8,432 | - | 1,987 | - | 22,978 | 11,310 | 7,727 | 13,900 |
|  | Total Comp + Operating Expense | 41,292 | 20,732 | 15,000 | 2,037 | - | 79,060 | 38,992 | 20,577 | 28,900 |
|  | Operating Cash Flow | (30,521) | (9,961) | (1,536) | 11,427 | 8,079 | (22,511) | (33,276) | (6,284) | (14,607) |
|  | DIP FINANCING | 17,000 | 10,000 | 1,200 | - | - | 28,200 | 15,000 | 6,000 | 15,000 |
| 8900 | Bankruptcy Fees | - | - | - | - | - | - | - | - | - |
| 8950 | Bankruptcy Prof. Fees | - | - | - | - | - | - | - | - | - |
| 1600 | Fixed Asset | - | - | - | - | - | - | 1,000 | - | - |
|  | Total Other (Income)/Expense | (17,000) | (10,000) | (1,200) | - | - | (28,200) | (14,000) | (6,000) | (15,000) |
|  | Net Cash Flow | (13,521) | 39 | (336) | 11,427 | 8,079 | 5,689 | (19,276) | (284) | 393 |
|  | BEGINNING BOOK CASH BALANCE | 13,850 | 330 | 369 | 33 | 11,460 | 13,850 | 19,539 | 263 | (20) |
|  | Cash Reciepts | 27,771 | 20,771 | 14,664 | 13,464 | 8,079 | 84,749 | 20,716 | 20,293 | 29,293 |
|  | Cash Expenditures | 41,292 | 20,732 | 15,000 | 2,037 | - | 79,060 | 39,992 | 20,577 | 28,900 |
|  | END BOOK CASH BALANCE | 330 | 369 | 33 | 11,460 | 19,539 | 19,539 | 263 | (20) | 373 |
|  | Beg. Gross AR Balance |  |  |  |  |  | 132,668 |  |  |  |
|  | Allow. For Bad Debt |  |  |  |  |  | (36,768) |  |  |  |
|  | Beg. Net AR |  |  |  |  |  | 95,899 |  |  |  |
|  | + Sales |  |  |  |  |  | 71,000 |  |  |  |
|  | - Applied Receipts |  |  |  |  |  | (56,549) |  |  |  |
|  | - Adjustment |  |  |  |  |  | - |  |  |  |
|  | - Bad Debt Exp. (Write off) |  |  |  |  |  | (1,065) |  |  |  |
|  | End Allow Bad Debt |  |  |  |  |  | (37,833) |  |  |  |
|  | End Gross  Gross AR Bal. |  |  |  |  |  | 147,119 |  |  |  |
|  | End Net AR |  |  |  |  |  | 109,285 |  |  |  |
|  | DIP FINANCING BALANCE |  |  |  |  |  | 105,685 |  |  |  |

Cash Budget and Expense 2015-08-04.xlsx

## VILCOM INTERACTIVE MEDIA, LLC (WCHL)
### CASH PROJECTIONS

| Account Number | Account Description | Week of: 10/25/2015 Projection | Week of: 10/30/2015 Projection | October Projection | Jan Actual | Feb Actual | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Proj. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cash Receipts | 14,293 | 14,293 | 62,888 | 81,603 | 83,357 | 79,635 | 61,519 | 76,717 | 72,306 | 53,872 | 54,770 |
| | Net Collections | 14,293 | 14,293 | 62,888 | 81,603 | 83,357 | 79,635 | 61,519 | 76,717 | 72,306 | 53,872 | 54,770 |
| 5190 | Local Deal Commission | - | - | - | 326 | - | - | - | - | - | - | - |
| | Cost of Goods Sold | - | - | - | 326 | - | - | - | - | - | - | - |
| | Gross Profit | 14,293 | 14,293 | 62,888 | 81,277 | 83,357 | 79,635 | 61,519 | 76,717 | 72,306 | 53,872 | 54,770 |
| 6000 | FT/PT Payroll & Taxes | - | - | 45,000 | 33,870 | 35,577 | 33,670 | 53,435 | 33,412 | 37,374 | 27,011 | 29,000 |
| 6001 | Manager Compensation | - | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 3,462 | - | 6,923 | 12,500 |
| 6030 | Contract Labor-Draw & Commissions | - | - | 2,050 | 2,375 | 1,926 | 1,505 | 2,350 | 2,470 | 2,735 | 2,015 | 2,050 |
| 6050 | Sales Commissions | - | - | 4,000 | 15,813 | 3,222 | 7,899 | 1,147 | 4,128 | 6,468 | 8,982 | 5,000 |
| 6060 | Bonuses & Profit Sharing | - | - | - | - | - | - | - | - | - | - | - |
| 6100 | 401(K) Retirement | - | - | - | 546 | 484 | 473 | 463 | - | - | - | - |
| 6110 | Group Health Insurance | - | - | 4,900 | 2,247 | 3,059 | 3,324 | 3,025 | 4,472 | 7,238 | 6,629 | 4,900 |
| 6111 | Deductable Reimbursement | - | - | 500 | - | - | - | 4,250 | - | - | - | 500 |
| 6120 | Life & Other Insurance | - | - | 1,532 | 1,539 | 921 | 1,094 | 963 | 1,175 | 1,763 | 4,038 | 3,042 |
| 6140 | Other Employee Benefits | 50 | - | 100 | 23 | 42 | 56 | 45 | 21 | 53 | 68 | 100 |
| | Total Compensation | 50 | 15,000 | 70,582 | 68,913 | 57,731 | 60,521 | 78,179 | 49,140 | 55,632 | 55,667 | 57,092 |
| 7000 | Outside Services | 400 | - | 3,547 | 6,365 | 5,704 | 4,782 | 3,877 | 3,642 | 5,407 | 3,463 | 3,957 |
| 7020 | Utilities | - | - | 2,571 | 2,309 | 2,082 | 3,060 | 2,431 | 2,098 | 2,310 | 2,766 | 2,571 |
| 7021 | Utility Deposit | - | - | - | - | - | - | - | - | - | - | - |
| 7080 | Telecom - Mobile | - | - | 50 | 108 | 100 | 100 | 970 | 50 | 50 | 155 | 50 |
| 7100 | Professional Fees (tax returns) | - | - | 4,500 | - | - | - | 600 | 600 | - | - | - |
| 7200 | Lease-Real Property | - | - | 7,183 | 7,236 | 7,130 | 7,130 | 7,130 | 7,130 | 7,236 | 7,183 | 7,183 |
| 7220 | Equipment Leases | - | - | 500 | 516 | 638 | 557 | 559 | 580 | 527 | 741 | 500 |
| 7260 | Repairs & Maintenance | - | - | - | - | 160 | - | - | - | - | - | - |
| 7280 | Meetings & Training | - | - | - | - | - | - | - | - | - | - | - |
| 7290 | Sales Aids & Materials | - | - | - | - | - | - | - | - | - | - | - |
| 7291 | Sales Promotions | - | - | 10,040 | 2,482 | 1,313 | 6,046 | 1,714 | 1,574 | 3,106 | 843 | 2,040 |
| 7300 | Postage & Overnight | - | - | 150 | 85 | 52 | 56 | 81 | 72 | 114 | 23 | 150 |
| 7340 | Office Supplies | 200 | - | 400 | - | - | 546 | 204 | - | - | 1,523 | 400 |
| 7360 | Property Insurance | - | - | 1,389 | 2,045 | 1,264 | - | 726 | 1,273 | 1,650 | 1,638 | 4,774 |
| 7380 | Officer's Life Insurance | - | 1,247 | 1,247 | 1,247 | 1,247 | 1,247 | 1,247 | 1,247 | 1,247 | 1,247 | 1,247 |
| 7420 | Misc Taxes & Licenses | - | - | - | - | - | 200 | - | 94 | - | - | - |
| 7450 | Travel/Employee Exp. Reimbursement | - | - | - | - | - | - | - | - | - | - | - |
| 7640 | Dues and Subscriptions | - | - | 307 | 329 | 211 | 211 | 329 | 133 | 335 | 217 | 307 |

Cash Budget and Expense 2015-08-04.xlsx

## VILCOM INTERACTIVE MEDIA, LLC (WCHL)
### CASH PROJECTIONS

| Account Number | Account Description | Week of: 10/25/2015 Projection | Week of: 10/30/2015 Projection | October Projection | Jan Actual | Feb Actual | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Proj. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7681 | Bank Fees | - | - | 400 | 530 | 550 | 447 | 351 | 441 | 359 | 501 | 540 |
| 7800 | Accounting Charges | - | - | 2,500 | 3,234 | 3,234 | 2,634 | 2,442 | 2,520 | 3,747 | 1,204 | 2,500 |
| | Total Operating Expenses | 600 | 1,247 | 34,783 | 26,487 | 23,685 | 27,017 | 22,660 | 21,454 | 26,087 | 21,504 | 26,218 |
| | Total Comp + Operating Expense | 650 | 16,247 | 105,365 | 95,400 | 81,416 | 87,538 | 100,839 | 70,595 | 81,718 | 77,172 | 83,310 |
| | Operating Cash Flow | 13,643 | (1,954) | (42,477) | (14,123) | 1,941 | (7,903) | (39,319) | 6,122 | (9,412) | (23,299) | (28,540) |
| | DIP FINANCING | - | | 36,000 | | | | | 8,200 | 24,535 | 25,000 | 19,750 |
| 8900 | Bankruptcy Fees | 1,950 | - | 1,950 | 1,625 | - | - | 1,950 | - | - | 1,950 | - |
| 8950 | Bankruptcy Prof. Fees | - | - | - | 2,500 | - | 1,250 | - | 8,110 | - | 1,125 | - |
| 1600 | Fixed Asset | - | - | 1,000 | 247 | 405 | - | 5,222 | - | 1,357 | - | 1,000 |
| | Total Other (Income)/Expense | 1,950 | - | (33,050) | 4,372 | 405 | 1,250 | 7,172 | (90) | (23,178) | (21,925) | (18,750) |
| | Net Cash Flow | 11,693 | (1,954) | (9,427) | (18,495) | 1,536 | (9,153) | (46,492) | 6,212 | 13,766 | (1,374) | (9,790) |
| | BEGINNING BOOK CASH BALANCE | 373 | 12,066 | 19,539 | 77,640 | 59,145 | 60,681 | 51,528 | 5,036 | 11,249 | 25,015 | 23,640 |
| | Cash Reciepts | 14,293 | 14,293 | 98,888 | 81,603 | 83,357 | 79,635 | 61,519 | 84,917 | 85,448 | 78,872 | 74,520 |
| | Cash Expenditures | 2,600 | 16,247 | 108,315 | 100,098 | 81,821 | 88,788 | 108,011 | 78,705 | 92,835 | 80,247 | 84,310 |
| | END BOOK CASH BALANCE | 12,066 | 10,112 | 10,112 | 59,145 | 60,681 | 51,528 | 5,036 | 11,249 | 3,862 | 23,640 | 13,850 |
| | Beg. Gross AR Balance | | | 147,119 | | | | | | | | |
| | Allow. For Bad Debt | | | (37,833) | | | | | | | | |
| | Beg. Net AR | | | 109,285 | | | | | | | | |
| | | | | | Actual | Actual | Actual | Actual | Actual | Actual | Proj. | Proj. |
| | + Sales | | | 71,000 | 68,539 | 62,458 | 72,090 | 62,713 | 62,239 | 54,349 | 60,000 | 58,000 |
| | - Applied Receipts | | | (62,888) | (83,373) | (83,886) | (75,815) | (64,409) | (70,967) | (73,961) | (57,152) | (54,770) |
| | - Adjustment | | | - | (1,497) | (1,200) | (3,500) | - | (1,708) | - | - | - |
| | - Bad Debt Exp. (Write off) | | | (1,065) | 469 | 2,563 | 2,419 | (2,041) | 774 | (815) | (900) | (870) |
| | End Allow Bad Debt | | | (38,898) | (37,898) | (35,335) | (32,916) | (34,958) | (34,183) | (34,998) | (35,898) | (36,768) |
| | End Gross Gross AR Bal. | | | 155,231 | 188,188 | 165,560 | 158,335 | 156,638 | 146,202 | 126,590 | 129,438 | 132,668 |
| | End Net AR | | | 116,332 | 150,290 | 130,225 | 125,419 | 121,681 | 112,019 | 91,591 | 93,539 | 95,899 |
| | DIP FINANCING BALANCE | | | 141,685 | | | | | 8,200 | 32,735 | 57,735 | 77,485 |

| | VILCOM INTERACTIVE MEDIA, LLC (WCHL) | | |
|---|---|---|---|
| | CASH PROJECTIONS | | |
| | | | |
| Account | Account | Sep | Oct |
| Number | Description | Proj. | Proj. |
| ---------- | ---------- | | |
| | | | |
| | Cash Receipts | 56,549 | 62,888 |
| | | | |
| | Net Collections | 56,549 | 62,888 |
| | | | |
| 5190 | Local Deal Commission | - | - |
| | | | |
| | Cost of Goods Sold | - | - |
| | | | |
| | Gross Profit | 56,549 | 62,888 |
| | | | |
| 6000 | FT/PT Payroll & Taxes | 30,000 | 45,000 |
| 6001 | Manager Compensation | 12,500 | 12,500 |
| 6030 | Contract Labor-Draw & Commissions | 2,050 | 2,050 |
| 6050 | Sales Commissions | 4,000 | 4,000 |
| 6060 | Bonuses & Profit Sharing | - | - |
| 6100 | 401(K) Retirement | - | - |
| 6110 | Group Health Insurance | 4,900 | 4,900 |
| 6111 | Deductable Reimbursement | 500 | 500 |
| 6120 | Life & Other Insurance | 2,032 | 1,532 |
| 6140 | Other Employee Benefits | 100 | 100 |
| | | | |
| | Total Compensation | 56,082 | 70,582 |
| | | | |
| | | | |
| 7000 | Outside Services | 3,981 | 3,547 |
| 7020 | Utilities | 2,571 | 2,571 |
| 7021 | Utility Deposit | - | - |
| 7080 | Telecom - Mobile | 50 | 50 |
| 7100 | Professional Fees (tax returns) | - | 4,500 |
| 7200 | Lease-Real Property | 7,183 | 7,183 |
| 7220 | Equipment Leases | 500 | 500 |
| 7260 | Repairs & Maintenance | - | - |
| 7280 | Meetings & Training | - | - |
| 7290 | Sales Aids & Materials | - | - |
| 7291 | Sales Promotions | 2,040 | 10,040 |
| 7300 | Postage & Overnight | 150 | 150 |
| 7340 | Office Supplies | 400 | 400 |
| 7360 | Property Insurance | 1,392 | 1,389 |
| 7380 | Officer's Life Insurance | 1,247 | 1,247 |
| 7420 | Misc Taxes & Licenses | - | - |
| 7450 | Travel/Employee Exp. Reimbursement | - | - |
| 7640 | Dues and Subscriptions | 425 | 307 |

| VILCOM INTERACTIVE MEDIA, LLC (WCHL) | | | |
|---|---|---|---|
| CASH PROJECTIONS | | | |
| | | | |
| | | Sep | Oct |
| Account Number | Account Description | Proj. | Proj. |
| 7681 | Bank Fees | 540 | 400 |
| 7800 | Accounting Charges | 2,500 | 2,500 |
| | | | |
| | Total Operating Expenses | 22,978 | 34,783 |
| | | | |
| | Total Comp + Operating Expense | 79,060 | 105,365 |
| | | | |
| | Operating Cash Flow | (22,511) | (42,477) |
| | | | |
| | DIP FINANCING | 28,200 | 36,000 |
| | | | |
| 8900 | Bankruptcy Fees | - | 1,950 |
| 8950 | Bankruptcy Prof. Fees | - | - |
| | | | |
| 1600 | Fixed Asset | - | 1,000 |
| | | | |
| | Total Other (Income)/Expense | (28,200) | (33,050) |
| | | | |
| | Net Cash Flow | 5,689 | (9,427) |
| | | | |
| | BEGINNING BOOK CASH BALANCE | 13,850 | 19,539 |
| | Cash Reciepts | 84,749 | 98,888 |
| | Cash Expenditures | 79,060 | 108,315 |
| | END BOOK CASH BALANCE | 19,539 | 10,112 |
| | | | |
| | Beg. Gross AR Balance | | |
| | Allow. For Bad Debt | | |
| | Beg. Net AR | | |
| | | Proj. | Proj. |
| | + Sales | 71,000 | 71,000 |
| | - Applied Receipts | (56,549) | (62,888) |
| | - Adjustment | - | - |
| | - Bad Debt Exp. (Write off) | (1,065) | (1,065) |
| | End Allow Bad Debt | (37,833) | (38,898) |
| | End Gross Gross AR Bal. | 147,119 | 155,231 |
| | End Net AR | 109,285 | 116,332 |
| | | | |
| | DIP FINANCING BALANCE | 105,685 | 141,685 |

Service by automatic electronic noticing:

| | |
|---|---|
| William P. Miller<br>Bankruptcy Administrator | Lindsey E. Powell<br>Anderson Jones, PLLC<br>Obo UDX, LLC |
| Aaron Z. Tobin & J. Seth Moore<br>Anderson Tobin, PLLC<br>Obo UDX, LLC<br>One Galleria Tower | William C. Smith, Jr.<br>Manning Fulton & Skinner, PA<br>Obo Edward S. Holmes |
| Lauren A. Golden & George Sanderson III<br>Ellis & Winters, LLP<br>Obo Bank of North Carolina | John H. Capitano<br>Horack Talley Pharr & Lowndes, PA<br>Obo Madison University Mall, LLC |
| Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>Counsel for UCC | Gay D. Pelzer, Deputy General Counsel<br>The University of Iowa |
| Richard M. Hutson II<br>Counsel for James A. Heavner | John A. Northen & Vicki L. Parrott<br>Northen Blue, LLP<br>Special Counsel for Conti, Schafer & Saslow |
| Charles M. Ivey, III<br>Trustee for University Directories, LLC | Sara A. Conti<br>Trustee for VilCom, LLC; VilCom Properties, LLC; and VilCom Real Estate Development (VRD), LLC |
| Gerald Schafer<br>Trustee for Print Shop, LLC | Everett B. Saslow, Jr.<br>Trustee for VilCom Interactive Media, LLC |